IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELISSA LADNER**  **PLAINTIFF**

v.  **CAUSE NO. 1:10CV392 LG-RHW**

**COMMISSIONER OF SOCIAL SECURITY**  **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendations of United States Magistrate Judge Robert H. Walker entered in this cause on March 28, 2012. The Court, having adopted said Report and Recommendations as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 4th day of May, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE